

FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

## National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
|---|---|---|---|
| BHCPR Peer Reports | FAQ | | |

**Institution History for** BAC HOME LOANS SERVICING, LP (3035311)

2 institution history record(s) found.                          < Previous  Page 1    Next >

| Event Date | Historical Event |
|---|---|
| 2001-05-18 | COUNTRYWIDE HOME LOANS SERVICING LP located at PLANO, TX was established as a Domestic Entity Other. |
| 2009-04-27 | COUNTRYWIDE HOME LOANS SERVICING LP was **renamed** to BAC HOME LOANS SERVICING, LP. |

Page 1 of 1

NIC Home | FAQ | Help | Contact Us