The Honorable Marc L. Barreca
Chapter 13
Hearing Date: January 13, 2011
Hearing Time: 9:30 AM
Hearing Location: US Courthouse, Seattle WA
Response Due: **January 6, 2011**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

MYRON R. MURRAY,

          Debtor(s).

Case No. 10-10120- MLB

Chapter: 13

RE-NOTE OF DEBTOR'S OBJECTION TO BANK OF AMERICA'S CLAIM NO. 4 AND PROOF OF SERVICE

PLEASE TAKE NOTICE that Debtors' Motion for Objection to Claim(s) IS SET FOR HEARING as follows:

| | |
|---|---|
| JUDGE: | The Honorable Marc L. Barreca |
| PLACE: | United States Bankruptcy Court, 700 Stewart Street, Room 7106, Seattle, WA 98101 |
| DATE: | January 13, 2011 |
| TIME: | 9:30 a.m. |
| **RESPONSE DATE:** | **January 6, 2011** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is **January 6, 2011**.

RE-NOTE OF DEBTOR'S OBJECTION TO BANK OF
AMERICA'S CLAIM NO. 4 AND PROOF OF SERVICE
(10-10120- MLB) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this 1st day of December, 2010.

SEATTLE DEBT LAW, LLC

By:     */s/ Christina Latta Henry*
        Christina Latta Henry, WSBA 31273

PROOF OF SERVICE

I, Theresa A. Shim, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the Debtors' Re-Note of Objection to Claim No. 4 and Proof of Service to the parties listed below via ECF and/or United States First Class Mail.

On December 1, 2010 via ECF:

    K. Michael Fitzgerald                         courtmail@seattlech13.com

    Daniel L. Hembree on behalf of
    BAC Home Loans Servicing LP         dhembree@bwmlegal.com;
                                                         bankruptcy@bwmlegal.com

    US Trustee                                          USTPRegion18.SE.ECF@usdoj.gov

On December 1, 2010, I caused a copy to be served to the party listed below via United States First Class Mail:

    PRA Receivables Management, LLC
    P.O. Box 41067
    Norfolk, VA 23541

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

    //

RE-NOTE OF DEBTOR'S OBJECTION TO BANK OF
AMERICA'S CLAIM NO. 4 AND PROOF OF SERVICE
(10-10120- MLB) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

Executed this **1st day of December, 2010** at Seattle, Washington.

                                                */s/ Theresa A. Shim*
                                                  Theresa A. Shim

RE-NOTE OF DEBTOR'S OBJECTION TO BANK OF
AMERICA'S CLAIM NO. 4 AND PROOF OF SERVICE
(10-10120- MLB) - 3

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115