Chapter 13 Bankruptcy
The Honorable Marc Barreca
Hearing: February 24, 2011
at 9:30 a.m.

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MYRON R. MURRAY

Debtor.

Case No. 10-10120-MLB

**DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4**

I, _VICTOR CAPONPON_, declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct:

1. I am an employee of BAC Home Loans Servicing, L.P. and am authorized to make this Declaration on behalf of BAC Home Loans Servicing, L.P.

2. I have reviewed, in the ordinary course of business, the books and records of BAC with regard to the Adjustable Rate Note of July 10, 2006 (No. 700233984-2) and the accompanying Deed of Trust of July 10, 2006, both executed by Debtor Myron R. Murray ("Debtor") and the servicing of these loan documents, as to the property located at 4719 S. 179th Street, SeaTac, Washington 98168 ("**Property**"). I have knowledge of the following matters based on my review of BAC's business records as to this Property.

3. On or about July 10, 2006, Debtor, as borrower, executed and delivered to United Pacific Mortgage, a d/b/a of Aventus, Inc. ("**United Pacific**"), an Adjustable Rate

Page 1– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4
C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

1 Note in the original principal amount of $284,000.00. Attached hereto as <u>Exhibit A</u> is a true
2 and correct copy of the Adjustable Rate Note of July 10, 2006 in the amount of $284,000.00
3 signed by Debtor.

4     4. This Adjustable Rate Note is secured by a Deed of Trust of July 10, 2006
5 executed and delivered by Debtor against the Property. The Deed of Trust was recorded on
6 July 21, 2006 under King County Recorder's No. 20060721001469. Attached hereto as
7 <u>Exhibit B</u> is a true and correct copy of the Deed of Trust of July 10, 2006 as recorded.

8     5. Under the Deed of Trust, Mortgage Electronic Registration Systems, Inc.
9 ("**MERS**") is the beneficiary solely as nominee for Lender and Lender's successors and
10 assigns as well as the successors and assigns of MERS. Under the same Deed of Trust, it
11 states on page 3 of 17 under, "Transfer of Rights in the Property":

> "Borrower understands and agrees that MERS holds only legal title to the interest granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; . . ."

15     6. After the loan was made, United Pacific by special endorsement or allonge
16 sold and transferred the Adjustable Rate Note to Greenpoint Mortgage Funding, Inc.
17 ("**Greenpoint**"). Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Allonge to
18 the Adjustable Rate Note. The Allonge states: "Pay to the Order of: Greenpoint Mortgage
19 Funding, Inc." and is signed by the President of United Pacific.

20     7. The Deed of Trust, in §20, allows for sale of the Adjustable Rate Note and
21 Deed of Trust without prior notice to Debtor, as borrower. Section 20 specifically refers to
22 a sale of the Adjustable Rate Note and Deed of Trust resulting in a change in the loan
23 servicer. Section 20 states that if there is a change in the loan servicer, Debtor, as borrower,
24 will be given written notice of the change which states the name and address of the new loan
25 servicer, the address to which payment should be made and the other information required.
26 On July 10, 2006, Greenpoint gave written notice to Debtor, as borrower, that the right to

Page 2– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT
OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIM NO. 4
C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

1 collect payments was assigned, sold or transferred from United Pacific to Greenpoint.
2 Attached hereto as Exhibit D is a true and correct copy of the Notice of July 10, 2006 to
3 Debtor from Greenpoint. Also, Debtor signed and acknowledged on July 17, 2006, the
4 Notice of Loan Servicing Transfer Disclosure Statement of United Pacific which
5 acknowledged that United Pacific could assign, sell or transfer the servicing of the loan.
6 Attached hereto as Exhibit E is a true and correct copy of the Notice of Loan Servicing
7 Transfer Disclosure Statement of July 16, 2006 signed by Debtor.

8. On or about July 21, 2006, United Pacific assigned and transferred to MERS, and its successors and assigns, all right, title and interest to the Deed of Trust of July 10, 2006 executed by Debtor. Attached hereto was Exhibit F is a true and correct copy of the Assignment of Deed of Trust by United Pacific to MERS.

9. On or about July 21, 2006, MERS as nominee for United Pacific assigned and transferred to Greenpoint and its successors and assigns all right, title and interest to the Deed of Trust executed by Debtor of July 10, 2006. Attached hereto as Exhibit G is a true and correct copy of the Assignment of Deed of Trust by United Pacific to Greenpoint.

10. On or about December 1, 2006, the Adjustable Rate Note and Deed of Trust of Debtor were sold and securitized into an asset backed securities loan Trust. The current owner of the Adjustable Rate Note is HSBC Bank USA, National Association, as Trustee for the Certificateholders, Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR6 Mortgage Pass-Through Certificate ("**HSBC Trustee**"), pursuant to the Pooling and Servicing Agreement of December 1, 2006 which formed the Trust ("**PSA**"). Attached hereto as Exhibit H is a true and correct copy of excerpts from the Pooling and Servicing Agreement of December 1, 2006 (pp. i-v; 1-12; 55-73; and signature pages).

11. With the securitization, Greenpoint retained the servicing rights for the Adjustable Rate Note and Deed of Trust of Debtor and is the authorized servicing agent for HSBC Trustee. As the authorized servicing agent, Greenpoint was entitled to enforce this

Page 3– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4
C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

1  obligation. The Assignment, Assumption and Recognition Agreement ("**AAR**
2  **Agreement**") of December 15, 2006 between Greenpoint, as servicer, and Wells Fargo
3  Bank, N.A., as master servicer, acknowledges on page 1 that the residential mortgage loans
4  listed on Attachment 1 to the AAR Agreement contain the loans serviced by Greenpoint.
5  Attached hereto as <u>Exhibit I</u> is a true and correct copy of the AAR Agreement. Also
6  attached hereto as <u>Exhibit J</u> is a true and correct copy of excerpts of Attachment 1 to the
7  AAR Agreement which has v.c. the list of residential loans to be serviced. Attachment 1
8  excerpts show Greenpoint Loan No. 700233984 for the Property as one of the listed loans.

9      12. Greenpoint subsequently entered into an agreement with Countrywide Home
10 Loans Servicing, LP ("**Countrywide**") appointing Countrywide, as sub-servicer for all of
11 the loans then serviced by Greenpoint (including the subject Adjustable Rate Note) as of the
12 date of the Servicing Relationship Agreement. This Servicing Relationship Agreement was
13 later amended and restated as the Amended and Restated Sub-Servicing Agreement between
14 Countrywide and Greenpoint dated as of October 31, 2008. Attached hereto as <u>Exhibit K</u> is
15 a true and correct copy of the Amended and Restated Sub-Servicing Agreement of October
16 31, 2008 ("**Sub-Servicing Agreement**"). As a result, Countrywide became the sub-servicer
17 for the subject loan of Debtor and is entitled to enforce the Adjustable Rate Note and Deed
18 of Trust obligations on behalf of Greenpoint.

19     13. Further, Greenpoint executed a Corporate Resolution on or about February 5,
20 2009 in connection with the performance of the Sub-Servicing Agreement. This Corporate
21 Resolution appointed all officers of Countrywide to be assistant secretaries and vice
22 presidents of Greenpoint with all rights and powers necessary to perform the Sub-Servicing
23 Agreement. The Corporate Resolution specifically provides that Countrywide is authorized
24 to take any actions necessary to prosecute or defend the subject loan in bankruptcy and to
25 ensure that each promissory note has been endorsed. *See,* Corporate Resolution, ¶¶(ii) and
26 (iv). Attached hereto as <u>Exhibit L</u> is a true and correct copy of the Corporate Resolution of

Page 4– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT
OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIM NO. 4
C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

Greenpoint.

14. On or about June 3, 2008, MERS assigned to Greenpoint all beneficial interest in the Deed of Trust of July 10, 2006 together with the Adjustable Rate Note secured by the Deed of Trust. This Assignment was <u>recorded</u> on or about June 12, 2008 as can be seen under King County Recorder's No. 20080612001155. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the Assignment as recorded.

15. On December 9, 2008, Countrywide gave written Notice of Assignment, Sale or Transfer of servicing rights from Greenpoint to Countrywide to Debtor, and also provided the necessary information to the Debtor regarding his future loan payments. Countrywide provided an additional written Notice of Transfer of Servicing of the Loan to Debtor on December 9, 2008. Attached hereto as <u>Exhibits N and O</u> are true and correct copies of these two December 9, 2008 Notices to Debtors.

16. On or about April 27, 2009, Countrywide was renamed BAC Home Loans Servicing, LP. ("**BAC**"). Attached hereto as <u>Exhibit P</u> is a true and correct copy of the institutional history of Countrywide obtained from the National Information Center, a Division of the Federal Reserve System. BAC respectfully requests that the Court take judicial notice of this public record compiled by the Office of the Federal Reserve System.

17. As a result of the foregoing, BAC is the authorized servicing agent for Greenpoint under Sub-Servicing Agreement and Corporate Resolution and Greenpoint is the servicer for HSBC Trustee of Trust which owns the Adjustable Rate Note and Deed of Trust of Debtor. BAC is the party authorized to file a Proof of Claim in Debtor's bankruptcy case.

18. BAC, as sub-servicer and agent of Greenpoint, has current actual possession of the original Adjustable Rate Note of July 10, 2006 and of the original endorsement or Allonge to that Adjustable Rate Note, as well as current actual possession of the original Deed of Trust of July 10, 2006 and the original Assignment of that same Deed of Trust of June 3, 2008. BAC is in possession of the original loan documents with the rights of the

Page 5– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4
C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

1  holder, Greenpoint, acting as the sub-servicer and agent of Greenpoint, to enforce these
2  obligations.

3  **Signed at (city)** SIMI VALLEY , **(state)** CA on
4  **(date)** 2/16/11 .

*Victor Caponpon* (signature)
VICTOR CAPONPON
(PRINT NAME)

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

# CERTIFICATE OF SERVICE

I hereby certify that on February 17th, 2011, I electronically filed the foregoing **DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4** with the Clerk of the court using the CM/ECF system which will send notification of such filing. I also certify that I served the same pleading on the following named person(s) on the date indicated below by regular mail to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at their last known address indicated below:

Christina Latta Henry
Seattle Debt Law LLC
705 2nd Avenue, Suite 1050
Seattle, WA 98104
*Attorney for Myron R. Murry*

K. Michael Fitzgerald
600 University Street #2200
Seattle, WA 98101
*Trustee*

United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
*U.S. Trustee*

PRA Receivables Management LLC
P.O. box 41067
Norfolk, VA 23541

Daniel L. Hembree
Bishop White Marshall & Weibel PS
720 Olive Way Ste 1201
Seattle, WA 98101-1878

DATED this 17th day of February, 2011.

_____
Gregory J. Miner

Page 7– DECLARATION OF BAC REPRESENTATIVE IN SUPPORT OF BAC HOME LOANS SERVICING, L.P.'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 4

Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Telephone: (503) 972-9920
Facsimile: (503) 972-9921

C:\Documents and Settings\nbkoq8n\Local Settings\Temporary Internet Files\Content.Outlook\UH3UYVDD\11-